JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
ZACHARY S. TOLSON, ESQUIRE - State Bar #242824
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone:    (415) 705-0400
Facsimile:    (415) 705-0411
jgoodman@jgn.com
ztolson@jgn.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| ALLEGRA BURKE, | Case No. Case No. CV10-2943-JL |
|---|---|
| Plaintiff, | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| vs. | |
| HOME DEPOT U.S.A., INC., | Date:    December 15, 2010<br>Time:    10:30 a.m. |
| Defendant. | Place:   Ctrm. F, 15th Flr. |

## CASE MANAGEMENT CONFERENCE STATEMENT

Pursuant to the court order dated 10/13/10 (Pacer 13), the parties hereby submit a joint case management statement:

This case settled at mediation, and the parties are working on getting a release and settlement agreement signed. There was a delay because the parties encountered setbacks due to Medicare and Kaiser billing issues. Plaintiff and Defense Counsel have been working together to resolve the issues, and Home Depot has since requested that the settlement check be issued. The check is in the process of being issued, and should be ready within two weeks, however, with the holidays, it is possible the check might take an extra week. Once the check has been received and the release agreement has been signed, Home Depot intends to send Plaintiff the check.

Accordingly, the parties respectfully request that the Case Management Conference be continued to January, at the Court's convenience.

-1-
CASE MANAGEMENT CONFERENCE STATEMENT

Jenkins Goodman
Neuman & Hamilton LLP
417 Montgomery St., 10th Fl.
San Francisco, CA 94104
Telephone: (415) 705-0400

      The parties also respectfully request that they be allowed to appear by telephone. Allegra Burke can be reached at (707) 569-0114. If the case management conference cannot be moved to a later date Defense counsel Tom Prountzos will appear on behalf of Zack Tolson for Home Depot. Mr. Prountzos' direct dial is (415) 705-0412.

DATED: December 6, 2010            JENKINS GOODMAN NEUMAN & HAMILTON LLP

By:    /s/ Zachary S. Tolson
ZACHARY S. TOLSON
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

DATED: December 6, 2010

By:    /s/ Allegra Burke
ALLEGRA BURKE, Pro Se

The Case Management Conference is continued to Wednesday, January 12, 2011 @ 10:30 a.m.

*IT IS SO ORDERED*
Judge James Larson
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Jenkins Goodman
Neuman & Hamilton LLP
417 Montgomery St., 10th Fl.
San Francisco, CA 94104
Telephone: (415) 705-0400

## PROOF OF SERVICE

**CASE NAME:** Burke v. Home Depot U.S.A., Inc., et al.
**CASE NUMBER:** CV10-2943-JL
**DATE/SERVICE:** December 6, 2010

**DESCRIPTION OF DOCUMENTS SERVED:**

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

**SERVED ON THE FOLLOWING:**

Allegra Burke *(in propria persona)*
5415 Wilshire Drive
Santa Rosa, California 95404
   *Telephone:* 707-569-0114
   *Facsimile:* 707-569-0114

   I am over the age of 18 years and not a party to or interested in the above-named case. I am an employee of Jenkins Goodman Neuman & Hamilton LLP, and my business address is 417 Montgomery Street, 10th Floor, San Francisco, California 94104. On the date stated above, I served a true copy of the document described above, by mail, by placing said document in an envelope, addressed as shown above for collection and mailing on the date shown above following the ordinary business practices of Jenkins Goodman Neuman & Hamilton LLP. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, said document would be deposited with the United States Postal Service at a post box in San Francisco, California on the same day (at approximately 5:00 p.m.) with postage thereon fully prepaid for first class mail.

   I declare under penalty of perjury under the Federal Law of the United States of America that the foregoing is true and correct and that this declaration was executed on the date stated above.

_____
Nikki Sands

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

PROOF OF SERVICE
f:\docs\jsg\hd, burke v\pleadings\pos-federal.doc