```
JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
ZACHARY S. TOLSON, ESQUIRE - State Bar #242824
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone:   (415) 705-0400
Facsimile:   (415) 705-0411
jgoodman@jgn.com
ztolson@jgn.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.
```

*IT IS SO ORDERED*
*Judge James Larson*

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLEGRA BURKE, <br><br> Plaintiff, <br><br> vs. <br><br> HOME DEPOT U.S.A., INC., <br><br> Defendant. | Case No. Case No. CV10-2943-JL <br><br> **STIPULATION FOR DISMISSAL** |

Pursuant to FED.R.CIV.PRO. 41(a)(1)(A)(ii) it is hereby stipulated and agreed that Plaintiff ALLEGRA BURKE hereby voluntarily dismisses the above-captioned case with prejudice, in entirety, each party to bear their own costs.

DATED: December 31, 2010

By: _____
ALLEGRA BURKE, PRO PER

DATED: JANUARY 4, 2011

JENKINS GOODMAN NEUMAN & HAMILTON LLP

By: _____
ZACHARY S. TOLSON
Attorneys for Defendant
HOME DEPOT U.S.A., INC.